J. R. Von Kesler & Company, appellant, v. Chicago Cold Storage Company and Washington Berry Growers' Packing Corporation, appellees. Gen. No. 35,275.

Opinion filed May 17, 1932.

Bangs, Crane & Slater, for appellant; Martin Crane, of counsel. Wilson & McIlvaine, for appellees; Clay Judson and K. F. Montgomery, of counsel.

Mr. Justice Kerner delivered the opinion of the court.

Otto G. Raemisch, defendant in error, v. James Askounis et al., defendants. T. George Ganios, plaintiff in error. Gen. No. 35,350.

Opinion filed May 17, 1932.

W. G. Anderson, for plaintiff in error. No appearance for defendant in error.

Mr. Justice Kerner delivered the opinion of the court.

R. L. Geaslen et al., appellants, v. Oliver Salinger & Company et al., appellees. Gen. No. 35,425.

Opinion filed May 17, 1932. Rehearing denied May 31, 1932.

John E. Owens, for appellants; Clyde C. Fisher and Thomas L. Owens, of counsel. Benson, Fitch & Heinemann, for appellees.

Mr. Justice Kerner delivered the opinion of the court.

Leo Broyde, appellant, v. J. F. Hosty and Jacob J. Blumenfeld, appellees. Gen. No. 35,468.

Opinion filed May 17, 1932. Rehearing denied May 31, 1932.

Nathan Packler, for appellant. Charles Blumenfeld, for appellees; Lewis Bennett, of counsel.

Mr. Justice Kerner delivered the opinion of the court.